IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL S. GRIFFIN,

    Plaintiff,                          CASE NO.:  6:10-cv-01837-MSS-GJK

vs.

I.C. SYSTEM, INC.

    Defendants.
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW, Defendant, I.C. SYSTEM, INC., ("Defendant") by and through its undersigned attorney, and files this Answer and Affirmative Defenses to the Complaint, and states:

1. Admitted that the Plaintiff has brought suit under the FDCPA, FCCPA and TCPA, but denied that Plaintiff is entitled to any relief thereunder.

2. Admitted.

3. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

4. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

5. Admitted as Defendant's principal place of business, as to all other allegations contained herein, denied.

6. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

7. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

8. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

9. Denied.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

11. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

12. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

21. Denied.

22. Denied.

23. Defendant reincorporates and re-alleges all of the preceding paragraphs as if fully restated herein.

24. Denied.

25. Denied.

26. Denied.

27. Denied (a through f inclusive).

28. Denied.

29. Denied.

30. Defendant reincorporates and re-alleges all of the preceding paragraphs as if fully restated herein.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Defendant reincorporates and re-alleges all of the preceding paragraphs as if fully restated herein.

36. Denied.

37. Denied.

38. Defendant reincorporates and re-alleges all of the preceding paragraphs as if fully restated herein.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied (a through b inclusive).

44. Denied.

45. Denied.

46. Admitted that Plaintiff seeks a trial by jury.

## First Affirmative Defense

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's claims for emotional distress damages are barred by the impact rule, as Plaintiff has failed to allege physical injury or impact.

## Second Affirmative Defense

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's common law claim for invasion of privacy is pre-empted by the Fair Debt Collection Practices Act, 15 U.S.C. 1692a, *et seq.*

## Third Affirmative Defense

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## Fourth Affirmative Defense

Defendant asserts that Plaintiff lacks standing to pursue claims under the FDCPA and FCCPA.

## Fifth Affirmative Defense

Defendant reserves the right to assert other affirmative defenses, which may be developed in discovery, or which may be appropriate.

WHEREFORE, Defendant having fully answered Plaintiff's Complaint, hereby request this Court dismiss the Complaint with prejudice and award Defendant its attorneys' fees and costs pursuant to 15 U.S.C. 1692k and Fla. Stats., §559.77, along with any further relief this Court deems just.

Respectfully submitted by:

**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail:  dale.golden@goldenscaz.com

By: _____/s/ Dale T. Golden_____
       Dale T. Golden, Esquire
       Florida Bar No.: 0094080

       _____/s/ Charles J. McHale_____
       Charles J. McHale, Esquire
       Florida Bar No.:  0026555

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record, this 2nd day of February, 2011.

       _____/s/ Dale T. Golden_____
       Dale T. Golden, Esquire
       Florida Bar No.: 0094080

       _____/s/ Charles J. McHale_____
       Charles J. McHale, Esquire
       Florida Bar No.:  0026555