UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL S. GRIFFIN,

      Plaintiff,

v.                                                                  Case No.  6:10-cv-1837-Orl-36TBS

I. C. SYSTEM, INC.,

      Defendant.

_____

ORDER

      Pending before the Court are Plaintiff's Motion to Compel Discovery Directed to Defendant IC System, Inc. (Doc. 26), Plaintiff's Motion to Extend Discovery and for Protective Order (Doc. 28), and Plaintiff's Motion for Leave to File Reply in Further Support of Plaintiff [sic] Motion to Compel Discovery.  All three motions are due to be DENIED.

      Local Rule 3.01(g) provides that before filing most motions in a civil case, the moving party shall confer with the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement certifying that the moving party has conferred with the opposing party, and that the parties have been unable to agree on the resolution of the motion.  Plaintiff's motions do not comply with Rule 3.01(g).

      Local Rule 3.04(a) provides that all motions to compel "shall include quotation in full of each interrogatory, question on deposition, request for admission, or request for production to which the motion is addressed; each of which shall be followed

immediately by quotation in full of the objection and grounds therefor as stated by the opposing party . . ."  Plaintiff's motion to compel does not comply with Rule 3.04(a).

Plaintiff represents in his motion to compel that Defendant agreed to provide discovery responses on or before October 23, 2012.  (Doc. 26, ¶ 4).  Plaintiff has not attached evidence to support this assertion and the Defendant has not admitted this claim in its response to the motion.  Counsel are reminded that Local Rule 4.15 provides that "[n]o stipulation or agreement between any parties or their attorneys, the existence of which is not conceded, in relation to any aspect of any pending case, will be considered by the Court unless the same is made before the Court and noted in the record or is reduced to writing and subscribed by the party or attorney against whom it is asserted."

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on November 19, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel