UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL S. GRIFFIN,

    Plaintiff,

v.                                      Case No.  6:10-cv-1837-Orl-36TBS

I. C. SYSTEM, INC.,

    Defendant.

## ORDER

Pending before the Court is Defendant's Motion to Compel Plaintiff's Deposition and for Sanctions (Doc. 33).  The motion is DENIED without the Court having reached the merits due to Defendant's failure to comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on November 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel